
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 0 7 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 07-60037-08 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHRISTOPHER AUCOIN | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Defendant, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress [Doc. #50] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 7th day of January, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE